T. J. CAMPBELL, individually and as Tax Collector of Palm Beach County, v. GEORGE MILLER.

168 So. 818.
Division B.
Opinion Filed June 10, 1936.

*A. L. Rankin,* for Plaintiff in Error;
*Beacham & Gaulden,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of Campbell, etc., v. East Coast Beverage Company, Inc., and on authority of the opinion and judgment in that case filed at this Term of Court, the judgment herein is reversed and the cause remanded for further proceedings.

So ordered.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.